UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Watson Dornevil

v. Case No. 1:26-cv-00939-JL-AJ

David Wesling, et al.

# ORDER

Before the court is the habeas petition brought by Watson Dornevil, challenging his ongoing ICE detention.[1] In its response to the petition, the government notes that "should the court follow the reasoning in [*Destino v. FCI Berlin*, 2025 WL 4010424 (D.N.H. Dec. 24, 2025) (Elliott, C.J.)], it would reach the same result here."[2] The government does not object to this relief.[3]

Thus, the court, applying the reasoning in *Destino*, orders the government to provide Dornevil with a bond hearing under 8 U.S.C. § 1226(a) as soon as practicable. The bond hearing shall be conducted in accordance with the procedural protections set forth in *Hernandez-Lara v. Lyons*, 10 F.4th 19, 41 (1st Cir. 2021), with DHS bearing the burden of providing, by clear and convincing evidence, that Dornevil poses a danger to the community, or, by a preponderance of evidence, that he poses a flight risk.

The court also ordered the government to include in its response the petitioner's most recent Notice to Appear.[4] It has not done so. The government is ordered to provide the petitioner's most recent Notice to Appear by **November 20, 2026**.

The petition is DENIED in all other respects. The parties shall file a status report on or before **November 24, 2026**.

SO ORDERED.

Joseph N. Laplante
United States District Judge

Dated: November 17, 2026
Cc: Counsel of record

[1] Doc. no. 1. The court notes that, as the government argues, the petitioner should have named the Warden at FCI Berlin, where he is currently being held, as a respondent. *See* Response (doc. no. 4) at 1 n.1.
[2] Response (doc. no. 4) at 1.
[3] The court makes no finding as to the preservation of any grounds or arguments mentioned, but not actually argued or developed, on the record of this case. *See id*. at 2 n.3.
[4] *See* Order, Oct. 28, 2026 ("In its response the government shall clarify its position as to the statutory basis for the petitioner's current detention and include the petitioner's most recent Notice to Appear.").